# IN THE SUPREME COURT OF THE STATE OF DELAWARE

AARON FRIED, §
§ No. 84, 2021
Plaintiff Below, §
Appellant, §
§
§ Court Below—Court of Chancery
v. § of the State of Delaware
§
INTERSECT LABORATORIES §
INC. and ANKIT GORDHANDAS, § C.A. No. 2020-0408
§
Defendants Below, §
Appellees. §

Submitted: November 3, 2021
Decided: November 16, 2021

Before **SEITZ**, Chief Justice; **VAUGHN** and **MONTGOMERY-REEVES**, Justices.

## ORDER

This 16th day of November 2021, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in its Order dated February 18, 2021.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice